| | |
|---|---|
| 1 | Thomas M. Kerr (CA State Bar No. 241530) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994 |
|   | Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
| 5 | Email: tom.kerr@hro.com |
| 6 | Attorneys for Plaintiffs, |
|   | UMG RECORDINGS, INC.; SONY BMG |
| 7 | MUSIC ENTERTAINMENT; BMG |
|   | MUSIC; ARISTA RECORDS LLC; and |
| 8 | FONOVISA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and FONOVISA, INC., a California corporation,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>FERNANDO LEDEZMA (AKA FERNANDO LEDEZMA BLANCO),<br>　　　　　　　　Defendant. | CASE NO. C 07-0003-JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1

*EX PARTE* APPLICATION
CASE NO. C 07-0003-JSW
#29613 v1

|   |   |
|---|---|
| 1 | Plaintiffs hereby request that the Court continue the case management conference currently set for May 4, 2007, at 1:30 p.m. to August 3, 2007. Defendant was served with the Summons and Complaint in this matter on January 11, 2007. Defendant has failed to answer or otherwise appear in this action. The clerk of this Court entered default on March 2, 2007. Plaintiffs are now prepared to seek a motion for default judgment. However, since default was entered, Plaintiffs have been in communication with Defendant, and are now hopeful that this case can be resolved without resort to a motion for default judgment. Therefore, Plaintiffs request that the court continue the case management conference, so that the parties may continue to discuss resolution of this matter. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for May 4, 2007, at 1:30 p.m. to August 3, 2007. |

DATED: April 26, 2007

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____/s/ Thomas M. Kerr_____
THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

### ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for May 4, 2007, at 1:30 p.m. is hereby continued to August 3, 2007.

Dated: May 3, 2007

By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

---

Ex Parte Application
Case No. C 07-0003-JSW
#29613 v1