Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: tom.kerr@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; BMG
MUSIC; ARISTA RECORDS LLC; and
FONOVISA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and FONOVISA, INC., a California corporation,<br>Plaintiffs,<br>v.<br>FERNANDO LEDEZMA (AKA FERNANDO LEDEZMA BLANCO),<br>Defendant. | CASE NO. C 07-0003-JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

|    |    |
|----|----|
| 1  | Plaintiffs hereby request that the Court continue the case management conference currently set for August 3, 2007, at 1:30 p.m. to November 2, 2007. Defendant was served with the Summons and Complaint in this matter on January 11, 2007. Defendant has failed to answer or otherwise appear in this action. The clerk of this Court entered default on March 2, 2007. Plaintiffs are now prepared to seek a motion for default judgment. However, the parties have been in communication, and this case has now settled. Settlement documents have not yet been finalized; however, Plaintiffs are confident that this settlement will soon be final. Dispositional documents will be filed with the Court as soon as possible. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for August 3, 2007, at 1:30 p.m. to November 2, 2007. |

DATED: July 27, 2007

HOLME ROBERTS & OWEN LLP

By: /s/ Thomas M. Kerr
THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

### ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for August 3, 2007, at 1:30 p.m. is hereby continued to November 2, 2007.

Dated: July 30, 2007

By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

1

Ex Parte Application
Case No. C 07-0003-JSW
#31387 v1