Thomas M. Kerr (CA State Bar No. 241530)
Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: tom.kerr@hro.com
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; ARISTA RECORDS LLC; and FONOVISA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and FONOVISA, INC., a California corporation,<br>　　　　Plaintiffs,<br>　v.<br>FERNANDO LEDEZMA (AKA FERNANDO LEDEZMA BLANCO),<br>　　　　Defendant. | CASE NO. C 07-0003-JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

1

*EX PARTE* APPLICATION
CASE NO. C 07-0003-JSW
#33457 v1

1 | Plaintiffs respectfully request that the Court vacate the case management conference set for November 2, 2007. This case has settled. Filed with this *ex parte* application is the parties' Stipulation to Judgment and Permanent Injunction. Because this case has settled and the parties' have stipulated to a judgment, there is no need for a case management conference, and Plaintiffs therefore respectfully request that the Court vacate the case management conference currently set for November 2, 2007 at 1:30 p.m.

DATED: October 26, 2007

HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
MATTHEW FRANKLIN JAKSA
HOLME ROBERTS & OWEN LLP

### **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference scheduled for November 2, 2007, at 1:30 p.m. is vacated.

Dated: October 29, 2007

By: *Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge